JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 5:22-cv-00770-WDK-JC                     Date May 22, 2025

Title: G and G Closed Circuit Events, LLC v. Cornelious Neil Bailey et al

Present: The Honorable William D. Keller, United States District Judge

| Lesbith Castillo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

None                                                         None

Proceedings:   ☐ In Court     ☐ In Chambers     ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated 4/29/2025.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.

Initials of Preparer    lca